## CAPITAL SECURITIES CO. v. HOLLAND.

(Decided January 14th, 1915.)

APPEAL from Montgomery City Court.

Heard before Hon. ARMSTEAD BROWN.

EDWARD S. WATTS, for appellant. WEIL, STAKELEY & VARDAMAN, for appellee.

PELHAM, P. J.—Reversed and remanded on the authority of *Capital Securities Co. v. Gilmer,* 67 South. 258; *Capital Securities Co. v. Davis, infra,* 67 South. 705.

## CAPITAL SECURITIES CO. v. UNDERWOOD.

(Decided January 12th, 1915.)

APPEAL from Montgomery City Court.

Heard before Hon. ARMSTEAD BROWN.

EDWARD S. WATTS, for appellant. C. N. WHITE, for appellee.

Per curiam. Reversed and remanded on the authority of *Capital Securities Co. v. Gilmer,* 67 South. 258; *Capital Securities Co. v. Davis, infra.,* 67 South. 705.

## CARTER v. THE STATE.

(Decided December 15th, 1914.)

APPEAL from Walker Law and Equity Court.

Heard before Hon. T. L. SOWELL.

No counsel marked for appellant. ROBERT C. BRICKELL, Attorney General, for the State.

BROWN, J.—Appeal dismissed.